**Dewey TANKARD, Appellant,**

v.

**John P. O'HARA, Gerald K. O'Brien, et al., Appellees.**

**No. 12749.**

United States Court of Appeals
Sixth Circuit.

June 15, 1956.

Samuel Brezner, Gerald K. O'Brien, Detroit, Mich., Thomas M. Kavanagh, Perry A. Mayard, and Edmund E. Shepherd, Lansing, Mich., for appellees.

Before SIMONS, Chief Judge, MARTIN, Circuit Judge, and STARR, District Judge.

PER CURIAM.

After consideration of the record and briefs in this case, we find no merit in any of the points made by appellant, and think that the district court properly dismissed the civil action for damages brought by appellant against a judge of the Recorder's Court of the City of Detroit, the prosecuting attorney and the assistant prosecuting attorney therein, and other persons named as defendants.

This case is governed by principles announced by this court in its opinion in three cases, decided together: Kenney v. Fox (Kenney v. Hatfield, Kenney v. Killian), 6 Cir., 232 F.2d 288.

The judgment of the district court is affirmed.

---

**OAKLAND TRUCK SALES, Inc.,**
**Appellant,**

v.

**WESTFIELD MANUFACTURING**
**CORP., Appellee.**

**No. 12699.**

United States Court of Appeals
Sixth Circuit.

June 18, 1956.

Charles A. Bryan, Detroit, Mich., for appellant.

Burgess & Mead, Detroit, Mich., for appellee.

Before ALLEN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record, briefs and argument of counsel;

And it appearing that service of process upon appellant was valid, that there was no error prejudicial to the appellant in the trial court's rulings upon the evidence, conduct of the trial, or instructions to the jury, and that the verdict is supported by substantial evidence;

It is ordered that the judgment be and it hereby is affirmed.